**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Thomas J. Coghlan*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*thomas.coghlan@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2049*

September 22, 2026

**BY ECF**
Hon. Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Garcia Alvarado v. Blanche*, No. 26-cv-12387 (RK)**
**Petitioner's Bond Hearing Before an Immigration Judge**

Dear Judge Kirsch:

This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of her detention by U.S. Immigration and Customs Enforcement ("ICE"). In accordance with the Court's September 19, 2026 Order (ECF No. 2), we respectfully write to inform the Court that on September 22, 2026, the Elizabeth Immigration Court conducted a custody redetermination concerning Petitioner pursuant to 8 C.F.R. § 1236. The Elizabeth Immigration Court granted Petitioner's request for a change in custody status and ordered that Petitioner be released from custody on $20,000.00 bond and with an ICE GPS ankle monitor. *See* Ex. 1 at 1 (September 22, 2026 Order of the Immigration Judge).

Should Your Honor have any questions or concerns, please do not hesitate to contact this Office. Thank you very much for your consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: s/ Thomas J. Coghlan
THOMAS J. COGHLAN

Bond having been granted, and pursuant to the foregoing, this matter shall be marked CLOSED. SO ORDERED.

______________________________
Robert Kirsch, U.S.D.J.
DATE: October 1, 2026